HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROSALIND Y. SMITH, | CASE NO. C11-5533RBL |
| Plaintiff, | ORDER |
| v. | |
| WELLS FARGO BANK NA; WELLS FARGO HOME MORTGAGE; EAGLE HOME MORTGAGE, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Application to Proceed *In Forma Pauperis* and Proosed Complaint. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Application is incomplete. It does not include a Written Consent for Payment of Costs as required by CR3(b)(2), <u>Local Rules W.D. Wash.</u> Plaintiff shall have ten (10) days to provide the required document or her Application will be denied and the Proposed Complaint will be dismissed without prejudice.

**IT IS SO ORDERED.**

ORDER- 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any
2 party appearing pro se.
3     Dated this 18th day of July, 2011.

                    RONALD B. LEIGHTON
                    UNITED STATES DISTRICT JUDGE