HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROSALIND SMITH,

                  Plaintiff,

     v.

WELLS FARGO BANK. N.A., et al.,

                Defendants.

No. CV11-5533RBL

ORDER
[Dkt. #s 28 & 29]

This matter is before the Court on Plaintiff's Replies [Dkt. #s 28 & 29] to Motions to Dismiss filed by Wells Fargo [Dkt. #16] and Eagle Home Mortgage [Dkt. #17].  The Replies are untimely under the Rules, and the Court has already GRANTED the Defendants' Motions to Dismiss. [*See* Orders at Dkt. #s 26 & 27].

Nevertheless, the Plaintiff is pro se.  The Court has reviewed her Replies, and has considered them as Motions for Reconsideration of the Court's Orders Dismissing Plaintiff's claims.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier.  Local Rule 7(h).  This standard has not been met in this case.  Plaintiff's replies do not undermine the arguments made by the moving parties, and Plaintiff has not and cannot stae a claim against them.

ORDER - 1

1    The Court will not Reconsider its prior rulings, and this case is DISMISSED with

2    prejudice.

3    **IT IS SO ORDERED.**

4    Dated this 26th day of  October, 2011.

5

6

7    _____
     RONALD B. LEIGHTON

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2